IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:23-mj-00011-SKO |
| **MARTIN PARRAZ** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum       ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Martin Parraz | |
| Detained at | Tulare County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 USC 841(a)(1) and 18 USC 922(g)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *(signed)*
Printed Name & Phone No: Kimberly A. Sanchez
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/27/2023

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Shooter; Martin Pena Parraz; Martin Pene | ☒Male | ☐Female |
| Booking or CDC #: | 48253 | DOB: | 04/01/1975 |
| Facility Address: | 36650 Rd 112, Visalia, CA 93291 | Race: | H |
| Facility Phone: | (559)735-1750 | FBI#: | 959822DB7 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)