ORIGINAL ISSUED FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FEB 08 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> v. <br> MARTIN PARRAZ, <br> AKA, "SHOOTER," <br> *Defendant* | ) ) ) ) ) ) ) <br> Case No. **1:23-mj-00011-SKO** <br><br> USMS FRESNO RCVD |

## ARREST WARRANT

JAN 25 2023 PM 2:52

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MARTIN PARRAZ, AKA, "SHOOTER",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841(a)(1), Possession with Intent to Distribute 50 Grams and More of Methamphetamine and a Mixture and Substance Containing a Detectable Amount of Heroin
18 U.S.C. Section 922(g)(1), Felon in Possession of a Firearm
18 U.S.C. Section 922(g)(1), Felon in Possession of Ammunition

Date:    01/24/2023

*Sheila K. Oberto*
*Issuing officer's signature*

City and state:    Fresno, California

Sheila K. Oberto, U.S. Magistrate Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/24/23, and the person was arrested on *(date)* 2/7/23
at *(city and state)* Tulare, CA.

Date: 2/7/23

_____ DEA
*Arresting officer's signature*

F. Aguirre, IA
*Printed name and title*